**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

CLARA EVA JACKSON                                                                    PLAINTIFF

vs.                                                            Civil Action No. 3:08-cv-579 HTW-LRA

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY                                                                   DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the decision of the Commissioner be affirmed. After having considered the reasons set forth in the Report and Recommendation and the opposition of the plaintiff, this court hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 31st day of March, 2011.**

                                                        s/ HENRY T. WINGATE
                                                        **UNITED STATES DISTRICT JUDGE**